```
                                                     FILED
                                                U.S. DISTRICT COURT
                                                   AUGUSTA DIV.
              IN THE UNITED STATES DISTRICT COURT
                                                 20 MAY 18 PM 4:24
             FOR THE SOUTHERN DISTRICT OF GEORGIA
                                                CLERK  J. Hodge
                       DUBLIN DIVISION           SO. DIST. OF GA.
```

RAKEIM HILLSMAN,              )
                              )
      Plaintiff,           )
                              )
v.                            )     CV 320-025
                              )
UNNAMED DEFENDANTS,           )
                              )
      Defendants.          )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of May, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE