AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RAKEIM HILLSMAN,

Plaintiff

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV 320-025

UNNAMED DEFENDANTS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 18, 2020, the Magistrate Judge's Report and Recommendation is hereby ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice.

This case stands CLOSED.

05/18/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/1/03